

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00357-CR

**EX PARTE** Juan Antonio **VERASTEGUI HERNANDEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10982CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 23, 2025.

_____
Rebeca C. Martinez, Chief Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.